(September 8, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO MEDINA, Appellant. [37 NYS3d 204]—Order, Supreme Court, Bronx County (Doris M. Gonzalez, J.), entered on or about April 30, 2012, which denied defendant's CPL 440.10 motion to vacate his conviction, unanimously dismissed, as moot.

The Court of Appeals has recently clarified the scope of *People v Ventura* (17 NY3d 675 [2011]), holding that while that case prohibits the appellate divisions from dismissing direct appeals on account of a defendant's involuntary deportation, we retain the discretionary authority to dismiss permissive appeals on that ground. Consistent with that authority, we dismiss defendant's permissive appeal due to his involuntary deportation (*People v Harrison*, 27 NY3d 281 [2016]). It is accordingly unnecessary to reach defendant's further contentions. Concur— Sweeny, J.P., Andrias, Manzanet-Daniels and Kahn, JJ.